IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

3: CV00-1590

Douglas Henry Thornton
Reg No # 37461-118-1A-120
USP- Penitentiary Allenwood
White Deer Pa 17887
**Name of Plaintiff(s)**

v.

Mr. Lindsey, Associate Warden
Mis J. Morin SIS. Lieutenant
Mr. D. Emory DHO
Unknown officers
**Name of Defendant(s)**

Civil Case No. _____

Judge _____

(Number and Judge to be assigned by court)

FILED
SCRANTON
SEP - 7 2000
PER _____
DEPUTY CLERK

## APPLICATION TO PROCEED IN FORMA PAUPERIS

PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.

1. _Yes_   I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. _Yes_   I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes _✓_   No _____

   (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
   Yes _✓_ .  No _____

(b) Please explain in detail why you are under imminent danger of serious physical injury:

Prison officials have assaulted me let other inmates assaulte me and Telling other inmate Thing to cause problem between other inmate and my self ~~and still te~~ ~~time on made up charge at~~ from which I have received injuries.

4. (a) Are you presently employed at the Institution? Yes ✓ No ___

(b) If yes, what is your monthly compensation? $ dont Know

5. Do you own any cash or other property; have a bank account; or receive money from any source? No

If the answer is "yes" to any of the above, describe each source and the amount involved.

I have a institution Job but I have not received any pay from it to this date August 25, 2000 USP-Allenwood White Deer, Pa 17887.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2000      Kayler Henry Church
           (Date)                  (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2