United States District Court

Middle District of Pennsylvania

Douglas Henry Thornton,
37401118                Plaintiff.

v.

Mr. Lindsay Associate, Warden,
Mrs. J. Morin. STS Lieutenant,
Mr. D. Emory, DHO. and
Unknown officers. et al.
                    Defendants.

Civil Cause N#
1:00-CY-01590 Y.K.

**FILED**
HARRISBURG. PA

**SEP 1 9 2000**

MARY E. D'ANDREA, CLERK
Per _____

Motion for Production of
Documents and Things
F.R.C.P. Rules 34, 26

Comes Now the said Plaintiff, Douglas Henry Thornton, and
motion Honorable United States District Court Middle District of
Pennsylvania. For leave to File this motion For Production of
Documents and things to the Defendants or Their Attorneys.
and to grant the Same. of The Following.


1. All any Documents of any Kind thats related or has association
with any part of the Subject Matters of this Complaint. or Things


2. All and any Video From Surveillance Cameras That narrate,
demonstrate any part of the Subject Matters motion Within
this Complaint or any attack. Committee introduction March 3, 1,
2000. United States Penitentiary Lewisburg Pennsylvania 17837

Page two of Motion For Production
of Documents and things
FRCP Rules 34, 26.

Thornton vs. Lindsey et al

All statements from Inmates Taylor and Vieux. 3,3,

Name of Staff member that interviewed Plaintiff on March 1, 2000

Name of Staff member that Skin Searched Plaintiff on March 1, 200

4. Name of all Staff members who Interviewed Inmates In D, C, B, A
blocks on March 3, 2000. Names of Staff member who Conducted
interviews of March 3, 2000. That receved Information that
revealed that Plaintiff had been badgering inmate Taylor for Sex.
Any and All Documentary evidence, Statements, Memorandas, etc.

5. All incident reports, DHO, reports, SIS and F.B.I. Investigation an
their reports. DHO appeals, Statements etc.

6. All Letters of Complaints Filed by Plaintiff, to Wardens, Regiona
Director, Director, of the Federal bureau of Prisons, rewrites Appeal
of DHO action. Complaint Filed on DHO Conduct. Letter to Inspector
General.

7. Names of officers or Staffs that Saw Plaintiff assaulted Mr Lindse
R.W. Name of officers or Staffs that Put restraints on thornton, and
Place him in Four point restraints. on march 3, 2000 USP lewisburg Pa

8. All inmates, Federal bureau of Prisons
administrative Remedies, BP-8, BP-9, BP-10
BP-11s, and any attachments that was filed
by Plaintiff, in 1998, 1999, 2000.

Respectfully Submitted
Taylor H. Thornton
Reg No # 37461-118-1A-120
USP- Allenwood 3500
White Deer Pa 1788