United States District Court
Middle District of Pennsylvania

(Copy)

Dwight Henry Thomas,
Plaintiff

v.

Civil Case No.
1:00-CV-01590, Y.K.

The Library of Hospital, a division
of the United Kingdom District,
Defendant

FILED
HARRISBURG, PA
SEP 19 2000
MARY E. D'ANDREA, CLERK
Per _____

FILED
HARRISBURG, PA
SEP 19 2000
MARY E. D'ANDREA, CLERK
Per _____

Motion For Production of
Documents and Things
FRCP Rule 34 26, Petitioner

Comes now the said Plaintiff, Dwight Henry Thomas, and motions the Honorable Court of the District Middle District of Pennsylvania, for leave to file this motion for the Production of Documents & things, petition to the Defendants or their attorney and to grant the same of the following:

1. All medical record of the Plaintiff. 2. All medical treatment during the years 1998, 1999, 2000, all medication and their adverse side effects.

2. All in-house medication, person who order medication, doctor, nurse, orderlies, physical 1998, 1999, 2000. Procedure up to date of April 2000, May 2000.

See Certificate of Service
September 18, 2000

[signature]