[United States District Court]
[Middle District of Pennsylvania]

Law Clerk's Copy

[Plaintiff name],
    Plaintiff

v.                                              Civil No. 1:00-CV-01590 Y.K.

[Defendants],
    Defendants

FILED
HARRISBURG, PA
SEP 19 2000
MARY E. D'ANDREA, CLERK
Per _____

[Motion for Jury Trial]
F.R.C.P. Rule 38

Comes now the Plaintiff [name], pro se, and moves this Honorable Court pursuant to Federal Rules of Civil Procedure, Rule 38, to grant him a Jury Trial in this matter, and in support thereof states the following reasons:

1. That the United States Constitution, as well as amended, gives the Plaintiff in the above Civil Rights Complaint, the right to demand a Jury Trial in this matter. [...] part of the relief demanded [...]

Respectfully submitted,

[Signature]
[Plaintiff name]

See Certificate of Service
September 16, 2000