United States District Court
Middle District of Pennsylvania

Douglas Henry Thornton,
    Plaintiff

Vs.

Mr. Lindsey Associate Warden
and unknown officers et al.
            Defendants

FILED
HARRISBURG, PA
SEP 1 9 2000
MARY E. D'ANDREA, CLERK
Per _____

Civil Cause No# _____
1:00-CV-01590 Y.K.

Motion for restraining order
F.R.C.P. Rule 65 b

Come's now the said Plaintiff, Douglas Henry Thornton, and motion this Honorable, United States District Court Middle District of Pennsylvania. For leaves to file this motion of restrains against the Defendants and to grant the same for the following reasons.

1. To restrains the defendants from destroying or distorting any of and all videos from the surveillance cameras at the United States Federal Penitentiary Lewisburg Pennsylvania 17837. Of March 3, 2000, that show any movement or action of Douglas Henry Thornton Reg No 37461-18 and of any incident pertaining to him and of March 1, 2000 mainy doing the serving of the breakfast meal of March 3, 2000 and any other form of documentary evidencess etc.

Respectfully Submitted

See Certificate of Service
September 18, 2000

_Douglas H. Thornton_
USP Allenwood P.O. 3500