United States District Court
Middle District of Pennsylvania

Douglas Henry Thornton
37401-118
            Plaintiff

JUDGE'S COPY

Vs.

Civil Case NP
1:00 CV-01590-Y.K.

Mr. Lindsey Associate Warden
and unknown officers, et al
            Defendants

**FILED**
HARRISBURG, PA

SEP 19 2000

MARY E. D'ANDREA, CLERK
Per _____

Motion For Appointment
of Counsel Title 28 USC
Section 1915

Comes now the said Plaintiff, Douglas H. Thornton and motion this Honorable, United States District Court of Middle District of Pennsylvania. For leave to file this motion For Appointment of Counsel and to grant the same for the following reasons.

1. That the Plaintiff, lacks the necessary Knowledge, Practical skills, Familiarity and Freedom of obtainability that is necessary to effectively engage in the litigation of this action. 2. Plaintiff is also taking medication that do have strong effects on his mental ability; Oxybutynin Chloride 5mg T, Diphenhydramine HCL 25 mg T, Isometh/DI Lphenasone / App 3. Plaintiff is a Federal Prisoner in the Custody and control of Federal Correctional officials that this action is against.

Douglas H. Thornton