IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS THORNTON,      )
     Petitioner,     )
                      )    CASE NO. 1:00-CV-01590
     v.               )
                      )
                      )
     Respondent.     )

A F F I D A V I T

I, Michelle Mertz, hereby state:

(1) I am employed as a Legal Assistant at the Federal Correctional Complex, (FCC) Allenwood, Pennsylvania. I have served in that capacity since May 1998.

(2) The petitioner, Douglas Thornton, Reg. No. 37461-118, is presently incarcerated at the United States Penitentiary, Allenwood, Pennsylvania, (USP Allenwood).

(3) The following is a synopsis of the financial transactions in the inmate commissary account maintained by inmate Thornton at USP Allenwood, during the past six months.

    a. Prison account

| | |
|---|---|
| 1. Present Balance | $ .07 |
| 2. Total Amount of Deposits During Past Six Months | $ 13.86 |
| 3. Average Monthly Balance | $ .57 |
| 4. Average Monthly Deposits | $ 13.86 |

    b. Employment (average monthly wage):  $ 13.86

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the preceding six months.

(5) The above information set forth in this form is true and correct to the best of my knowledge, information and belief.

Michelle Mertz
Legal Assistant

September 20, 2000

FILED
SCRANTON

SEP 2 2 2000

PER
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS THORNTON,                    )
              Petitioner,            )
                                     )    CASE NO. 1:00-CV-01590
         v.                          )
                                     )
                                     )
              Respondent.            )

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that she is an employee of
the United States Department of Justice, Federal Bureau of
Prisons, and is a person of such age and discretion as to be
competent to serve papers.

    That on September 20, 2000, she served copies of the
attached:

PRISON TRUST ACCOUNT FOR INMATE DOUGLAS THORNTON, REG. NO.
37461-118

by delivering the documents in an envelope address to the
persons hereinafter named, at the place and address stated
below.

ADDRESSEE:       Inmate Douglas Thornton
                 Reg. No. 37461-118
                 USP Allenwood
                 P. O Box 3000
                 White Deer, PA 17887


                          _Michelle Mertz_
                          Michelle Mertz
                          Legal Assistant

September 20, 2000

SEP-18-00 MON 04:02 PM

ACCOUNT
STATEMENT

USP LEW **LIMITED OFFICIAL USE**
Lewisburg, PA 17837

DATE 09/18/00
PAGE No. 01

37

Account # 37461118

THORNTON, DOUGLAS H.
DIS SEG
COMM RESTRICTION PER DHO UNTIL 02/09/2001

| --BEGINNING-- AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|
| .67 | .00 | .00 | .00 | .67 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | !!!!!!!!!!!!!!! |
|---|---|---|---|---|---|
| DEC000 | 13:24 | 01-03-00 | PERFORMANCE PAY | 22.64 | 23.31 |
| 000041 | 19:24 | 01-25-00 | SALE / REGULAR | 23.22- | .09 |
| JAN000 | 10:42 | 02-01-00 | PERFORMANCE PAY | 21.80 | 21.89 |
| 000043 | 18:33 | 02-02-00 | SALE / REGULAR | 16.25- | 5.64 |
| 000065 | 17:06 | 02-09-00 | SALE / REGULAR | 5.50- | .14 |
| FEB000 | 11:16 | 03-01-00 | PERFORMANCE PAY | 7.74 | 7.88 |
| 000028 | 9:42 | 03-23-00 | SALE / REGULAR | 7.80- | .08 |
| APR000 | 10:59 | 04-03-00 | PERFORMANCE PAY | 13.86 | 13.94 |
| 000022 | 11:29 | 04-06-00 | SALE / REGULAR | 7.80- | 6.14 |
| 000009 | 8:59 | 04-13-00 | SALE / REGULAR | 5.41- | .73 |
| 000121 | 8:33 | 04-28-00 | SALE / REGULAR | .66- | .07 |
| UL0177 | 10:00 | 07-28-00 | FUNDS TRANSFERRED OUT | .07- | .00 |

**** TRANSACTION TOTAL ****    .67-

$3.08

May $.07
June $.07

| ENDING---- AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|
| .00 | .00 | .00 | .00 | .00 |




