ORIGINAL

Douglas Henry - Thornton
Reg No# 37461-118 - 1A-116
United States Penitentiary - Allenwood
Post Office Box 3500
White Deer, Pennsylvania 17887

Date: September 27, 2000

To, Mary E. D. Andrea,
      Court Clerk
United States Courthouse
288 Walnut Street
Post Office Box 983
Harrisburg, Pennsylvania
                    17108

FILED
HARRISBURG, PA

OCT 0 2 2000

MAR
Per

Subject: Docket Sheets. For Civil Cases No#
1:00-CV-01255; Thornton V. Romine and Thornton
V. Lindsey case No# 1:00-CV-01590.

Dear: Clerk.
            I am the true Plaintiff of the
above Cited Civil Cases thats been Docket in this
Court. I am requesting for a Copy of their Docket
Sheets.

                    Respectfully Requested

                    Douglas H. Thornton

C.C.