ORIGINAL

(13)

10/20/00

Douglas Henry Thornton
Reg No# 37461-118-1A-116
United States Penitentiary Allenwood
Post Office Box 3500
White Deer, Pennsylvania 17887

Filed
RECEIVED
OCT 19 2000
PER
HARRISBURG, PA.   DEPUTY CLERK

Date: October 17, 2000

To: Mis Mary E. D'andrea
    Court Clerk
United States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108.

Dear; Clerk,

I wrote a letter to your office a few weeks ago, Requesting for copies of the Docket sheets of the following two Civil Case's of which I am the true Plaintiff. Thornton V. Romine; 1:00-CV-01255. / Thornton V. Lindsey; 1:00-CV-01590. Please Send me the Docket sheet of the above Cited Civil Case's

Respectfully Requested

[signature: Douglas H. Thornton]