00CV1590

15
11/27
TA



**Check / Payment Voucher (left):**

NOTICE TO CHECK RECIPIENT
TREASURY-FINANCIAL MANAGEMENT SERVICE — TFS FORM 3039 (Rev.)

VENDOR NAME: CLERK OF COURT
VENDOR I.D. NUMBER: 13746118

AGENCY NAME AND BILLING ADDRESS:
DEPT OF JUSTICE
BUREAU OF PRISONS
600 E ST NW ROOM 4029
WASH DC 20530

PAYMENT IDENTIFICATION DATA:
1201024441 00-CV-01590
THORNTON, DOUGLAS 37461118
USP ALLENWOOD

FOR INFO CALL 202-307-3052

U.S. TREASURY REG. FINANCIAL CENTER: AUSTIN, TEXAS

CHECK NUMBER: 2221-05890363
CHECK AMOUNT: ******2.58
CHECK DATE: 11-17-00

AGENCY SCHEDULE NUMBER: 0001S01116
AGENCY TELEPHONE NUMBER: 202-307-3052

**NON NEGOTIABLE**

RECEIVED
NOV 21 2000
SCRANTON

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK APPLIES. PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS SHOWN.

---

**Receipt (right):**

Tue Nov 21 10:45:41 2000

UNITED STATES DISTRICT COURT
SCRANTON, PA

Receipt No.  333 81795
Cashier      tanya

Tender Type  CHECK

Check Number: 2221 05890363

Transaction Type   AR

DO Code   Div No   Acct
4667      3        510000

Amount              $    2.58

DOUGLAS THORNTON USP ALLENWOOD 37461118

PARTIAL FILING FEE 00-CV-1590

FILED
SCRANTON
NOV 21 2000
PER _____ DEPUTY CLERK