00CV1590

(19)

4/19/01
TS
Kane/M.S.

Fri Apr 13 10:55:32 2001

UNITED STATES DISTRICT COURT

SCRANTON        , PA

Receipt No.    333 83349
Cashier        tanya

Tender Type   CHECK

Check Number: 2221 57456276

Transaction Type   AR

DO Code    Div No    Acct
4667         3       5100PL

Amount         $      8.81

DOUGLAS THORNTON USP ALLENWOOD 37461

PARTIAL FILING FEE 00-CV-1590

**FILED
SCRANTON**

cn   **APR 1 3 2001**

Fri Apr 13 10:55:32 2001
Check RER2221 57456276
Amount$   8.8 DEPUTY CLERK
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667