```
Fri May 11 14:05:50 2001

UNITED STATES DISTRICT COURT
SCRANTON    , PA

Receipt No.   333 83658
Cashier       rich

Tender Type  CHECK

Check Number: 2221 07531533

Transaction Type  AR

DØ Code   Div No    Acct
4667      3         5100PL

Amount              $   2.03

DOUGLAS THORNTON  #37461-118  USP
ALLENWOOD, PA

PARTIAL FILING FEE - CV-00-1590


cn
Fri May 11 14:05:50 2001

Check No: 2221 07531533
Amount$   2.03
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

00-CV-1590

FILED
SCRANTON
MAY 15 2001
PER _____ DEPUTY CLERK