**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

JUN 0 4 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

DOUGLAS HENRY. THORNTON )
    PLAINTIFF. )
)
)
)
VS. )   CIVIL CASE NO# 1: CV-00-
)   1590 (JUDGE KANE )
)
ASSOCIATE WARDEN: LINDSEY, )
AND UNKNOWN OFFICERS ET.AL. )
    DEFENDANTS. )
)
)

MOTION FOR PRODUCTION OF DOCUMENTS
AND THINGS: F.R.C.P. RULE, 34, 26.

Come's the said Plaintiff Douglas Henry. Thornton and motion this honorable United States District Court for the middle district of Pennsylvania. For leave to file this motion for the production of document and things. To the Defendants or their Attorneys, and to grant the same for the following reasons.

(1). The surveillance camera videos of the March 3, 2000, of the incident that took place in the inmate dining room at the united states penitentiary in Lewisburg Pennsylvania. The videos are of the subject matter that is the cause of this action and will support the facts that the said plaintiff has stated in the cause and the reasons for its filing.

(2). Any and all documents reports letters notes menos etc that that the Defendant or their Attorneys has that pertaining to the cause of this action or any effect of it and DHO reports and their action. Prisons remedise etc.

RESPECTFULLY SUBMITTED
DOUGLAS HENRY. THORNTON
REG NO# 37461-118-1A-116
United states Penitentiary
Post office box 3000
White Deer. Pennsylvania
17887

Date; Day 30 Month may Year; 2001

CERTIFICATE OF SERVICE AND PRISONER MAILING

I, Douglas Henry Thornton, being duly sworn according to law, hereby depose and say:

1. I am a prisoner at USP Allenwood, White Deer, PA.

2. On the 30 day of May, 2001, I placed one copies of the attached pleading(s) in an envelope addressed to the following party/parties: Joseph J. Terz, Assistant U.S. Attorney, 316 Federal Building, 240 West Third St, Williamsport PA 17703

   Motion for Production of Documents and Things

3. I then affixed sufficient postage to cover first-class U.S. Mail delivery, and placed the package in the box reserved for inmate Legal Mail here at USP Allenwood on May 30, 2001.

SIGN UNDER THE PAIN OF PERJURY ON THIS 30 DAY OF May, 2001.

ss/ 37461-118

Reg. No. 37461-118-14-116
USP Allenwood
P.O. Box 3000
White Deer, PA 17887