23
6/15/0

00-CV-1590

```
Fri Jun  8 15:11:14 2001

UNITED STATES DISTRICT COURT
   SCRANTON      , PA

Receipt No.   333 83965
Cashier        rich

Tender Type  CHECK

Check Number: 2221 57966401

Transaction Type   C

Case No./Def No.           / 0

DØ Code   Div No    Acct
  4667       3      5100PL

Amount          $      8.08

DOUGLAS H. THRONTON   USP ALLENWOOD

PARTIAL FILING FEE - CV-00-1590



Fri Jun  8 15:11:14 2001

Check No. 2221 57966401
Amount $     8.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

FILED
SCRANTON

JUN 15 2001

PER _____
    DEPUTY CLERK