OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**

Marcia M. Waldron
Clerk

FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Telephone
267-299-4923

pacer.ca3.uscourts.gov

July 12, 2001

NOTICE OF DOCKETING OF APPEAL

FILED
HARRISBURG, PA

JUL 16 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Thornton v. Lindseyy

No(s): 00-cv-01590

(Honorable Yvette Kane)

An appeal by **Douglas H. Thornton #37461-118** was filed in the above-captioned case on 6/29/01, and docketed in this Court on 7/12/01, at No. **01-2802**.

Kindly use the Appeals Docket No. **01-2802** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk