INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PA

DIVISIONAL OFFICE SCRANTON

RECEIVED JUL -9 2001 U.S.C.A. 3rd. CIR.

CAPTION:
Thornton v. Lindsey

DISTRICT COURT DOCKET NO:
1:00-cv-1590

NOTICE OF APPEAL FILED:
   6/29/01

COURT REPORTER(S):
   N/A

FILED SCRANTON JUL 1 1 2001 PER ___ DEPUTY CLERK

FILING FEE:
NOTICE OF APPEAL: __ PAID  xx NOT PAID
DOCKET FEE:       __ PAID  xx NOT PAID     _____USA

CJA APPOINTMENT (ATTACH COPY OF ORDER)     N/A

_____PRIVATE ATTORNEY
_____DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
_____MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
(ATTACH COPY OF ORDER) 6/22/01

xx MOTION GRANTED IN THE FIRST INSTANCE
__ MOTION DENIED
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
(ATTACH COPY OF ORDER) N/A

_____GRANTED
_____DENIED
_____PENDING

PENDING MOTIONS:
xx YES
__ NO

PREPARED BY: _____
              Tanya Scott, Deputy Clerk