# United States District Court

DISTRICT OF __middle__ __Pennsylvania__

Douglas Henry. Thornton
37461-118

Plaintiff

v.

Lindsey, et al

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

FILED
HARRISBURG
JUL 1 9 2001
MARY E. D'ANDREA, Cl
Per _____
DEPUTY CLERK

CASE NUMBER: 00-CV-01590
Appeal No# 01-2802

I, __Douglas Henry. Thornton__ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant   ☑ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:  ☑ Yes   ☐ No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __USP Allenwood White Deer PA 17887__

   Are you employed at the institution? __Yes__   Do you receive any payment from the institution? __Yes__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☑ Yes   ☐ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends   ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments   ☐ Yes   ☑ No
   e. Gifts or inheritances   ☐ Yes   ☑ No
   f. Any other sources   ☐ Yes   ☑ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received what you expect you will continue to receive.

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

July-9-2001          _Sanford H. Thornton_
DATE                 SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 11.55 on account to his/her credit at (name of institution) USP ALLENWOOD. I further certify that the applicant has the following securities to his/her credit: _____

_____. I further certify that during the past six months the applicant's average balance was $ 9.65

7-13-01          N. CRAIG / INMATE ACCOUNTS
DATE             SIGNATURE OF AUTHORIZED OFFICER

```
                        ACCOUNT
                       STATEMENT
USP ALLENWOOD*LIMITED OFFICAL USE*        DATE 07/13/01
P.O. BOX 3500                             PAGE No. 01
WHITE DEER, PA  17810
```

Account # 37461116

THORNTON, DOUGLAS H
ADM DET

| BEGINNING | AVAILABLE | ENCUMBRANCE | OUTSTANDING | SPECIAL | ACCOUNT |
| BALANCE | BALANCE | BALANCE | BALANCE | BALANCE | BALANCE |
| .65- | .72 | .00 | .00 | .07 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| SEP00P | 8:40 | 10-04-00 | PERFORMANCE PAY | 10.88 | 10.15 |
| SEP00U | 10:00 | 10-04-00 | UNICOR PAY | 22.89 | 33.04 |
| PLRA11 | 11:41 | 10-04-00 | ENC. / DISCIPLINE | 2.58- | 33.04 |
| 000067 | 20:06 | 10-10-00 | SALE / REGULAR | 17.15- | 15.89 |
| 000068 | 20:07 | 10-10-00 | SALE / REGULAR | 10.75- | 5.14 |
| P-0108 | 13:07 | 10-30-00 | COMMISSARY FORM | .72- | 4.42 |
| P-0108 | 15:10 | 10-31-00 | ENC. / DISCIPLINE | .72- | 4.42 |
| P-0108 | 8:33 | 11-01-00 | ENC. / DISCIPLINE | .72 | 4.42 |
| P-0108 | 8:36 | 11-01-00 | COMMISSARY FORM | .72- | 3.70 |
| P-0108 | 9:57 | 11-01-00 | COMMISSARY FORM | .72 | 4.42 |
| OCT00P | 14:08 | 11-03-00 | PERFORMANCE PAY | .00 | 4.42 |
| OCT00U | 14:24 | 11-03-00 | UNICOR PAY | 63.14 | 67.56 |
| PLRA12 | 16:29 | 11-03-00 | ENC. / DISCIPLINE | 10.63- | 67.56 |
| 000063 | 20:43 | 11-06-00 | SALE / REGULAR | 35.85- | 31.71 |
| ENCPLR | 10:23 | 11-15-00 | ENC. / DISCIPLINE | 2.58 | 31.71 |
| P-0244 | 10:23 | 11-15-00 | COMMISSARY FORM | 2.58- | 29.13 |
| 000045 | 20:05 | 11-16-00 | SALE / REGULAR | 17.59- | 11.54 |
| NOV00U | 11:44 | 12-05-00 | UNICOR PAY | 67.06 | 78.60 |
| PLRA01 | 16:44 | 12-05-00 | ENC. / DISCIPLINE | 11.41- | 78.60 |
| 000066 | 20:56 | 12-14-00 | SALE / REGULAR | 50.50- | 28.10 |
| PLRA12 | 12:17 | 12-18-00 | ENC. / DISCIPLINE | 10.63 | 28.10 |
| P-0408 | 12:55 | 12-18-00 | COMMISSARY FORM | 10.63- | 17.47 |
| 000041 | 18:55 | 12-20-00 | SALE / REGULAR | 5.30- | 12.17 |
| PLRA01 | 12:22 | 01-02-01 | ENC. / DISCIPLINE | 11.41 | 12.17 |
| PLRA01 | 12:22 | 01-02-01 | ENC. / DISCIPLINE | .72 | 12.17 |
| P-0540 | 12:28 | 01-02-01 | COMMISSARY FORM | 11.41 | 23.58 |
| P-0540 | 12:30 | 01-02-01 | COMMISSARY FORM | 11.41- | 12.17 |
| P-0540 | 12:30 | 01-02-01 | COMMISSARY FORM | 11.41- | .76 |
| DEC01U | 14:03 | 01-04-01 | UNICOR PAY | 65.21 | 65.97 |
| PLRA02 | 15:41 | 01-04-01 | ENC. / DISCIPLINE | 11.04- | 65.97 |
| 000069 | 20:26 | 01-08-01 | SALE / REGULAR | 50.95- | 15.02 |
| 000057 | 19:53 | 01-19-01 | SALE / REGULAR | 3.95- | 11.07 |
| ENCBAL | 14:55 | 02-01-01 | ENC. / DISCIPLINE | 11.04 | 11.07 |
| P-0757 | 15:01 | 02-01-01 | COMMISSARY FORM | 11.04- | .03 |
| JAN01U | 13:47 | 02-05-01 | UNICOR PAY | 68.21 | 68.24 |
| PLRA03 | 14:55 | 02-05-01 | ENC. / DISCIPLINE | 11.64- | 68.24 |
| 000062 | 20:19 | 02-05-01 | SALE / REGULAR | 50.55- | 17.69 |
| 000065 | 20:27 | 02-15-01 | SALE / REGULAR | 5.85- | 11.84 |
| FEB01U | 16:14 | 03-02-01 | UNICOR PAY | 54.06 | 65.90 |
| PLRA04 | 16:36 | 03-02-01 | ENC. / DISCIPLINE | 8.81- | 65.90 |
| 000048 | 20:06 | 03-05-01 | SALE / REGULAR | 45.00- | 20.90 |

```
                    ACCOUNT
                   STATEMENT
USP ALLENWOOD-LIMITED OFFICAL USE         DATE 07/13/01
P.O. BOX 3500                             PAGE No. 02
WHITE DEER, PA  17810


                                          Account # 37461118


          THORNTON, DOUGLAS H
          ADM DET


|INVOICE| TIME |  DATE  | TRANSACTION DESCRIPTION |  AMOUNT  |||||||||||||
  PLRA03 16:45  03-07-01 ENC. / DISCIPLINE          11.64-      20.90
  P-1058 16:54  03-07-01 COMMISSARY FORM            11.64-       9.26
  PLRA04  5:12  04-04-01 ENC. / DISCIPLINE           8.81-       9.26
  P-1196  5:17  04-04-01 COMMISSARY FORM             8.81-        .45
  MAR01U 17:56  04-04-01 UNICOR PAY                 61.99       62.44
  PLRA05 18:31  04-04-01 ENC. / DISCIPLINE           2.83-      62.44
  000049 15:11  04-10-01 SALE / REGULAR             50.50-      11.94
  000068 19:01  04-16-01 SALE / REGULAR              8.95-       2.99
  APR01U  9:57  05-03-01 UNICOR PAY                 50.38       53.37
  PLRA06 10:26  05-03-01 ENC. / DISCIPLINE           8.08-      53.37
  PLRA05 12:15  05-03-01 ENC. / DISCIPLINE           2.83       53.37
  P-1412 12:37  05-03-01 COMMISSARY FORM             2.83-      50.54
  000054 18:52  05-08-01 SALE / REGULAR             42.10-       8.44
  PLRA06  8:55  06-01-01 ENC. / DISCIPLINE           8.08       8.44
  P-1555  9:01  06-01-01 COMMISSARY FORM             8.08-        .36
  MAY01U  8:39  06-06-01 UNICOR PAY                 78.44       78.80
  PLRA07 14:26  06-06-01 ENC. / DISCIPLINE          13.69-      78.80
  000049 18:53  06-11-01 SALE / REGULAR             44.40-      34.40
  000058 18:55  06-11-01 SALE / REGULAR             18.65-      15.75
  000063 19:12  06-21-01 SALE / REGULAR              1.45-      14.30
  JUN01U 12:39  07-05-01 UNICOR PAY                 67.74       82.04
  PLRA08 13:50  07-05-01 ENC. / DISCIPLINE          11.55-      82.04
  000062 19:50  07-05-01 SALE / REGULAR             38.15-      43.89
  PLRA07 10:55  07-09-01 ENC. / DISCIPLINE          13.69       43.89
  P-1769 10:59  07-09-01 COMMISSARY FORM            13.69-      30.20
  000023 18:05  07-10-01 SALE / REGULAR             18.65-      11.55

                  **** TRANSACTION TOTAL ****      11.48




-----ENDING----  -AVAILABLE   ENCUMBRANCE   OUTSTANDING   SPECIAL    ACCOUNT
       BALANCE      BALANCE       BALANCE       BALANCE   BALANCE    BALANCE

         .00         11.55           .00           .00       .00      11.55
```



U.S. Department of Justice

Federal Bureau of Prisons

*U.S. Penitentiary, Allenwood*

---

White Deer, PA  17887-3500

7-13-01

MEMORANDUM FOR INMATE  **THORNTON, DOUGLAS  37461-118**

FROM:    **N. CRAIG**           , Financial Management

SUBJECT: Certification of Financial Information

Attached is the court form that you submitted to our office to be completed and certified. The certification has been completed. It is your responsibility to forward this document to the applicable court district.