UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

NO. 01-2802

Thornton vs. Lindsey

District Court No. 00-cv-01590

FILED
HARRISBURG

AUG 0 9 2001

MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

O R D E R

It appearing that timely post-decision motions of a type specified by Fed. R. App. P., are pending in the district court, it is hereby O R D E R E D that the above-entitled appeal(s) is(are) stayed pending disposition of the motions. The parties are directed to file written reports addressing the status of the pending motions on **9/4/01** and every thirty (30) days thereafter until the motions are determined.

This stay does not apply to the obligation to pay filing and docketing fees. These obligations must be fulfilled within the time specified by the Federal Rules of Appellate Procedure and Third Circuit Local Appellate Rules.

It should be noted that appellate review of the district court's decision regarding the post-decision motions requires the party to file an amended notice of appeal within the time prescribed by Rule 4, Fed. R. App. P. measured from the entry of the order disposing of the last outstanding post-decision motion.

A True Copy:

Marcia M. Waldron,
Clerk

For the Court,

MARCIA M. WALDRON
Clerk

Date: 8/2/2001

cc:
  Douglas H. Thornton #37461-118
  Joseph J. Terz, Esq.
  Honorable Yvette Kane [Information Only]

Mrs. Mary D'Andrea [Information Only]