JUDGE'S COPY 33

From: Douglas Henry - Thornton
Reg No.# 37461-118- SHU. 215
United States Penitentiary - Allenwood
Federal bureau of Prisons
P.O. Box 3000
White Deer Pa 17887

Date: August 8, 2001

To: Mary E. D'Andrea
    Clerk of Court
United States District Court
Middle District of Pennsylvania
228 Walnut Street
Post Office Box 938
Harrisburg Pa 17108

FILED
HARRISBURG, PA
AUG 10 2001
MARY E. D'ANDREA, CLERK
Per _____

Mis D'Andrea,

   I am a Federal Prisoner at USP Allenw[ood]. I am housed in the Special housing Unit under SI[S] Invesgation, begining July 9, 2001. I have two Civil complaint pending before this Court Cases No# 1:00 CV-0159[0] and Civil No# 1:CV-00-1255. I filed meny requests to offic[ials] here to use the Unit Law, and to get my legal property s[o] I can litigate these causes of action. I have not been all[owed] to use the law library to this date August 8, 2001 nor have I be[en] given my legal property as needed. I can not litigate these ac[tions] without the my legal property or the law library.