**JUDGE'S COPY**

34
cpy

From: Douglas Henry Thornton
Reg No# 57461-118-SHU-215
USP-Allenwood Pa 17887

Date August 8, 2001

To: Mr Jake Mendez
    Warden
USP. Allenwood Pa.

Filed
~~RECEIVED~~
HARRISBURG, PA

AUG 10 2001

MARY E. D'ANDREA, CLE[RK]
Per _____

Mr. Mendez,

I am going to file civil and criminal complaint against this institution and some of the inmates and staff here. I will file these complaint in the United States District Court and the United States Attorney General office. Here are only some of the reasons I will be following these complaints.

1. I am being refuse to use the law library. I have file many request to the Special housing unit to use it but have not been allow to this day it been about a month

2. I have write requests and ~~have talked to~~ talked with the Special housing unit Supervisor, A.W. Holt, A.W. Apker, Property officer about my need to get legal property from my property that I need to assist me with on going legal action I have in Federal Court

3. That I have been assaulted ~~Rapt force~~ beaten made have sex with other while Staff made a few first of it or

Douglas Henry. Thornton
USP-ALLENWOOD
Maximum Security Correct. Inst.
37461-118
P. O. Box 3500
White Deer, PA  17887


Re: 1:00-cv-01590

------------------------------


------------------------------

Please file all pleadings directly with the Clerk's Office in which
the assigned Judge is located.  Do not file any courtesy copies
with the Judge's Chambers.

| JUDICIAL OFFICERS: | CLERK'S OFFICE ADDRESS: |
|---|---|
| Judge Sylvia H. Rambo<br>Judge Yvette Kane<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>  228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA  17108 |
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Raymond J. Durkin<br>Magistrate Judge Thomas M. Blewitt | U.S. District Court<br>235 N. Washington Ave.<br>  P.O. Box 1148<br>Scranton, PA  18501 |
| Judge James F. McClure<br>Judge Malcolm Muir | U.S. District Court<br>240 West Third Street<br>Suite 218<br>Williamsport, PA  17701 |



Douglas Henry. Thornton
USP-ALLENWOOD
Maximum Security Correct. Inst.
37461-118
P. O. Box 3500
White Deer, PA  17887


Re: 1:00-cv-01590

------------------------------


------------------------------

Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located.  Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS: | CLERK'S OFFICE ADDRESS: |
|---|---|
| Judge Sylvia H. Rambo<br>Judge Yvette Kane<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA  17108 |
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Malachy E. Mannion<br>Magistrate Judge Thomas M. Blewitt | U.S. District Court<br>235 N. Washington Ave.<br>P.O. Box 1148<br>Scranton, PA  18501 |
| Judge James F. McClure<br>Judge Malcolm Muir | U.S. District Court<br>240 West Third Street<br>Suite 218<br>Williamsport, PA  17701 |