UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

AUG 23 2001

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

DOUGLAS THORNTON :
    Plaintiff :
 :
v. : CIVIL NO. 1:CV-00-1590
 :
 : (JUDGE KANE)
ASSOCIATE WARDEN LINDSEY, et al.,:
    Defendants :

ORDER

NOW, THEREFORE, THIS, 23rd DAY OF AUGUST, 2001, IT IS HEREBY ORDERED THAT, plaintiff's motion for reconsideration (Doc. No. 25) is deemed withdrawn for failure to file a supporting brief. See M.D. Pa. Local Rule 7.5.

_____
YVETTE KANE
United States District Judge

YK:dlb

```
                   UNITED STATES DISTRICT COURT
                            FOR THE
                  MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                           August 23, 2001


Re:   1:00-cv-01590    Thornton v. Lindsey



True and correct copies of the attached were mailed by the clerk
to the following:


      Douglas Henry. Thornton
      USP-ALLENWOOD
      Maximum Security Correct. Inst.
      37461-118
      P. O. Box 3500
      White Deer, PA  17887




cc:
Judge                           (✓)             (✓) Pro Se Law Clerk
Magistrate Judge                ( )             ( ) INS
U.S. Marshal                    ( )             ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to: US Atty Gen  ( )    PA Atty Gen ( )
                                        DA of County ( )    Respondents ( )
Bankruptcy Court                ( )
Other_____    ( )
                                                MARY E. D'ANDREA, Clerk


DATE:  _____8-23-01_____                    BY: _____
                                                      Deputy Clerk
```