**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

Voucher No. P-9937

## Request for Withdrawal of Inmate's Personal Funds

United States Penitentiary Allenwood Pa. 17887    August 15, 2001
(Name of Institution and Location)    (Date)

Please charge to my account the sum of    00 . 5    ... and authorize the same to
Dollars | Cents

be paid to: United States District Court    228 Walnut Street
(Payee)    (Street Address)

P.O. Box 983    Harrisburg    Pennsylvania    17108    Notice of Appeal 01-2802
(City)    (State)    (Zip)    (Purpose)

The inmate's personal account has been charged in the amount indicated above

(Signature of Inmate)    37461-118
(Register No.)

8-22-01    E. Fisher, Acting Unit Mgr.
(Commissary Clerk)    (Approving Official)

Paid by cash on _____, 20___, _____
USP LVN    Previous editions not usable    (Payee's Signature)    BP-199(45)
October 1979

**INMATES DUPLICATE COPY**

judg

Copy 36

Douglas Henry, Thornton,
Reg No# 37461-118 SHU-213
United States Penitentiary - Allenwood
Post Office Box 3500
White Deer, Pa. 17887

Date; August-23, 2001

To: Ms, Mary E. D'Andrea,
Court Clerk
United States District Court
Middle District of Pennsylvania
228 Walnut Street
Post Office Box 983
Harrisburg, Pa. 17108

FILED
HARRISBURG
AUG 27 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

( Notice of Appeal No# 01-2801 Filing

Dear, Clerk,

I am sending a copy of a United States Department of Justice, Federal bureau of Prison, Request for withdrawal of inmate's Personal Funds Voucher No P-9937, for the amount of 5, Five dollars payable to this Court, Notice of Appeals Filing Fee Appeal No# 01-2801, District Court No# 1:00-cv-1 Thornton v. Lindsey et al. This Court should be receiving Five dollars for the notice of appeal filing fee Appeal No. 01-2801

Respectfully Submitted
Douglas H. Thornton

c.c.

ALP-1330.13B
March 1, 1997
Attachment J

UNITED STATES PENITENTIARY
ALLENWOOD, Pennsylvania

FILE
HARRISB

AUG 2 7 2

MARY E. D'ANDRE
Per_____
DEPUTY C

## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## INFORMATION RESOLUTION FORM

NOTE TO INMATE: You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9 (BP-229.13), you MUST attempt to informally resolve your complaint through your Correctional Counselor. Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally and state the names of staff contacted.

Issued By: __E. FISHER__ Initials of Correctional Counselor
Date Issued To The Inmate: __7-30-01__

INMATE'S COMMENTS:

1. Complaint: I am experiencing problems with and around my prostates glands. I have pain, soreness, bleeding at times etc. with and around my prostate gland. I have pain in my prostate gland which cause bleeding at times, etc.

2. Efforts you have made to informally resolve: I have been complaining to medical staff about this medical problem for a year now and other staff member

3. Names of staff you contacted: I been on sick call many times about this matter. I seen special doctor about this matter taken their medication and I still have the same problem.

Date Returned to Correctional Counselor: __8-8-01__

_____  37461-114 SHU 215  July 31, 2001
Inmate's Signature   Reg. No.              Date

CORRECTIONAL COUNSELOR'S COMMENTS:

1. Efforts made to informally resolve and staff contacted:
   See Attached

Date BP-9 Issued: __YES__

_____
Correctional Counselor
8-16-01
Unit Manager (Date)

I received this BP.8 back on August 9, 2001, I am filing B

August 8, 2001

You failed to show for the Urology appointment on December 11, 2000. You were evaluated by the consultant Urologist on April 9, 2001, and medications were provided. You failed to show for follow-up by our Clinical Director on July 27, 2001. You are currently scheduled for evaluation by the Urologist during his next institution visit.

Ronald A. Laino, HSA