# JUDGE'S COPY



1:CV-00-1590

**FILED**
HARRISBURG

AUG 28 2001

MARY E. D'ANDREA, CLERK
Per_____
           DEPUTY CLERK

```
Tue Aug 28 14:13:20 2001

UNITED STATES DISTRICT COURT
      SCRANTON      , PA

Receipt No.  111 134662
Cashier          jill

Tender Type  CHECK

Check Number: 58866082

Transaction Type  AR

DW Code   Div No    Acct
 4667       1      0869PL

Amount              $   5.00

U.S. TREASURY AUSTIN, TX.

PARTIAL FILING FEE FOR APPEAL IN 1:C
V-00-1590
```