ORIG

In the United States Court of Appeals
For the Third Circuit

FILED
HARRISBURG, PA
AUG 28 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

AUG 28 2001
U.S.C.A. 3rd. CIR.
FILED

Douglas Huey Thornton / Appellant
Reg No.# 37461-112 SHU 213
United States Penitentiary Allenwood
P.O. Box 3000
White Deer, Pennsylvania 17887

1:CV-00-1590

Vs

Notice of Appeal
No.# ~~01-2801~~
01-2802

Lindsey et. al. / Appellee

Motion Notice
Amended Notice of Appeal
Rule 4, App. P.

On August 2, 2001, the original Notice of Appeal of this action was stayed by order of the Clerk of the Third Circuit Court of Appeals. Pending disposition of a timely post-decision motion of type pending in the district Court that is pending disposition. Type of motion: reconsideration of district Court order of June 22, 2001 dismissing said Civil Complaint case No.# 1:CV-00-1590 Thornton v Lindsey et al.

Certified from the record
Date 2/11/0[?]
Mary E. D'Andrea, Clerk
Per _____ Deputy Clerk

1. District Court states in its June 22, 2001 order stating that the Plaintiff did not ____

8-27-2001

RECEIVED AUG 28 2001

P2

because I did not file a supporting brief. The reason I file the Notice of Appeal and my reason for filing this appeal in this matter has [illegible] within the notice.

3. The Plaintiff/Appellant is a federal prisoner at the United States Penitentiary Allenwood. Appellant has been lock up in the Special Housing Unit at USP Allenwood for more than a month now. The Appellant are having real problem with getting paper to allow him to use the Unit Law library. The Appellant do not have a copy of the Final rule of the United States District Court of Middle Pennsylvania. Appellant been allow to use the law library once to [illegible] the rule to [illegible] copy. There is no Civil Rule of the District Court in the Unit Law Library.

4. The original notice of Appeal state all the reason why the Plaintiff file this appeal. Appellant are being hindered [illegible] appellant has pay the Fee toll [illegible] appealed to in Form.

5. Fact the Plaintiff/Appellant did [illegible] some of the [illegible] in this matter and attached them to the [illegible]. [illegible]

Respectfully Submitted,

[signature]

cc:

ORIG

In the United States District Court For the Middle District of Pennsylvania

Douglas Henry Thornton
Plaintiff

Vs.

Associate Warden Lindsey, et al.
~~Defendants~~

Civil No. 1:CV-00-1590
Judge Kane

FILED
HARRISBURG, PA
AUG SEP 28 2001
MARY E. D'ANDREA, CLERK
per Deputy Clerk

## Motion for reconsideration of Court order to dismiss

Comes now the said Plaintiff, Douglas H. Thornton, and motion this Court for leave to file this motion for reconsideration of its June 22, 2001 order dismissing this action without prejudice and to grant the same for the following reason.

1. That the Plaintiff, Douglas H. Thornton did file and exhaust all available administrative remedies prior to initiating this title 42. U.S.C. Section 1331. That Copies of the remedies was mailed along with this Complaint or their administrative remedy receipts. any administrative remedies that this Court did not received was lost or removed from my Complaint, or answer to by BOP officials.

2. The federal bureau of Prison administrative remedies Title 42. U.S.C. do not allow ~~remedies~~ monetary damages to inma

From: Douglas H. Thornton
Reg No# 37461-118-SHU-208
USP-Allenwood Pa 17887

AUG 2 8 2001

Date: July 25, 2001

To: Mr. Coffee,
Education Supervisor
USP-Allenwood. Pa 17887

Sir,
I have ongoing legal action in the federal Courts. I am in need of 5. Five United States Marshals Service form USM-285.

2. Theres no typwriter in the Special housing Unit Law library. What is the practice for inmates in the Special housing Unit to follow in order to get Copyies made - etc.

(Send your legal documents in your request to the Law Library.)

Douglas H. Thornton

As for the Typewriter, contact Mr. Apker the Associate Warden.

c.c.

AUG 28 2001

Certificate of Service and
Prisoner Mailing

Douglas H. Thornton
Reg No# 37464418 SHU 213
United States Penitentiary Allenwood
P.O. Box 3500
White Deer Pa 17887

Appeal Notice
No# 01-2802

V.

Lindsey et al.
Appellee.

Douglas Henry Thornton being duly sworn according to law, hereby depose and say On the 27 of August, 2001 I placed One copy of Amended Notice of Appeal here in an envelope addressed to the Office of the Clerk United State District Court Middle district of Penitentiary 228 Walnut St P.O Box Harrisburg Pa 17180. And two Coppies to United States court of Appeals for the third Circuit, and Attorney office.
I then affixed Sufficient postage to cover First Class U.S. mail delivery and placed the In prison legal mail box here at USP Allenwood

CERTIFICATE OF SERVICE AND PRISONER MAILING

RECEIVED AUG 28 2001

01-2802

I, Douglas Henry Thornton, being duly sworn according to law, hereby depose and say:

1. I am a prisoner at USP Allenwood, White Deer, PA.

2. On the 27 day of August, 2001, I placed one copies of the attached pleading(s) in an envelope addressed to the following party/parties: Amended Notice of Appeal No# 01-2802
Joseph J. Terz Assistant U.S. Attorney
Michele E. Lincalis
316 Federal Building
240 West Third St
Williamsport, PA 17703

3. I then affixed sufficient postage to cover first-class U.S. Mail delivery, and placed the package in the box reserved for inmate Legal Mail here at USP Allenwood on August 27 2006, 2001.

SIGN UNDER THE PAIN OF PERJURY ON THIS 27 DAY OF August, 2001.

ss/ Douglas H. Thornton
Reg. No. 37461-118 SHU-2
USP Allenwood
P.O. Box 3000
White Deer, PA 17887

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

**UNITED STATES COURT OF APPEALS**

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE

215-597-2995

September 7, 2001

Ms. Mary E. D'Andrea, Clerk
228 Walnut Street, Room 1060
Harrisburg, PA 17108

Re: Thornton v. Lindsey, et al.
(Civil Action No. 01-2802)

Dear Ms. D'Andrea:

Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, we are forwarding the attached Amended notice of appeal which was apparently filed with this office in error. See Rule 3(a)(1), Federal Rules of Appellate Procedure.

These documents are being forwarded solely to protect the litigant's right to appeal. Upon receipt of these documents, kindly process the documents according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By: *Bradford A. Baldus/SB*

Bradford A. Baldus
Senior Legal Advisor to the Clerk

Enclosure

Page -2-

cc: Douglas Henry Thornton (w/out enclosure)
    USP Allenwood
    P.O. Box 3000
    White Deer, PA  17887