INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

Douglas Henry Thornton            Dist. Ct. Docket  1:CV-00-1590
                v.                Ct. of Appeals Docket # _____
Lindsey, et al.

**AMENDED** NOTICE OF APPEAL FILED  8/28/01    COURT REPORTER: _____

FILING FEE:
Notice of Appeal  ____Paid  _x_ Not Paid  ____Seaman
Docket Fee        ____Paid  _x_ Not Paid  ____USA or Govt.

CJA Appointment: (Attach copy of order)

____Private Attorney
____Defender Association or Federal Public Defender
____Motion Pending

**FILED HARRISBURG**
SEP 2 4 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

Leave to proceed <u>In Forma Pauperis</u> status, if applicable _____

_x_ Motion Granted
____Denied
____Motion pending before district judge

**Certificate of probable cause** (state habeas corpus) (attach copy of order)

____Granted
____Denied
____Pending

**PENDING MOTIONS**   NO
COPIES TO:                         Deft. Address: _____
Judge Kane
Douglas Henry Thornton
File Copy

_____
Deputy Clerk

Please acknowledge receipt of these documents on the enclosed copy of this sheet.