

**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**

*U.S. Courthouse*
*228 Walnut Street, Rm. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*

**MARY E. D'ANDREA**
Clerk of Court

(717) 221-392
FAX    (717) 221-395

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106

September 18, 2001

RE: Douglas Henry Thornton vs. Lindsey, et al.
Civil Action No. 1:CV-00-1590



**FILED**
**HARRISBURG**

SEP 2 4 2001

MARY E. D'ANDREA, CLER
Per _____
DEPUTY CLERK

Dear Ms. Waldron,
      Enclosed please find:

      _____One certified copy of the docket entries
      to be filed as the Certified List in
      Lieu of the Record.

      __x__Actual Record with one certified copy
      and one uncertified copy of docket
      entries.

      _____One certified copy of docket entries to
      be filed as the Certified List in Lieu
      of the _____ Supplemental Record.

      _____Actual_____ Supplemental Record with
      one certified copy and one uncertified
      copy of docket entries.

      Please acknowledge receipt for same on the enclosed duplicate copy of
this letter and return to this office.

          Sincerely,
          MARY E. D'ANDREA, CLERK

          Jill Cardile
          Deputy Clerk