(43)
10-17-0_
$c

Page 2

**C.A. No. 01-2802**

DOUGLAS HENRY THORNTON,
                              Appellant

      v.

LINDSEY, Associate Warden, et al.

_____

     **(7)**    ***Appellees' Response to the Court's July 9, 2002 Order,***

in the above-captioned case.

                  Respectfully,

                  Clerk

MMW/CAD/jle/clc

_____ORDER_____

The foregoing

     In light of this Court's decision in <u>Ray v. Kertes</u>, 285 F.3d 287 (3d Cir. 2002), the order of the District Court entered June 25, 2001 is hereby vacated and the matter summarily remanded for further proceedings.

                  By the Court,

                  Circuit Judge

Dated: August 20, 2002

CLC/cc: DHT
       JJT

**Page 3**

**C.A. No. 01-2802**


**DOUGLAS HENRY THORNTON,**
                                **Appellant**


     **v.**


**LINDSEY, Associate Warden, et al.**


**Certified as a true copy and issued in lieu
of a formal mandate on 10/11/02**

**Teste:**

**Clerk, U.S. Court of Appeals for the Third Circuit.**

OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

Marcia M. Waldron
Clerk

FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Telephone
267-299-4923

www.ca3.uscourts.gov

October 11, 2002

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108

**RE: Docket No. 01-2802**
**Thornton  vs. Lindsey**
**D. C. CIV. No. 00-cv-01590**

Dear Mrs. D'Andrea:

    Enclosed is a certified copy of the order in the
above-entitled case(s). The certified order is issued in
lieu of a formal mandate and is to be treated in all respects as
a mandate.

        (X) We return herewith the certified record in the case(s).

    Kindly acknowledge receipt for same on the enclosed copy of this
letter.
    Counsel are advised of the issuance of the mandate by copy of
this letter. A copy of the certified order is also enclosed
showing costs taxed, if any.

                        Very truly yours,
                        MARCIA M. WALDRON
                        Clerk

                        *Charlene L. Crisden /cmd*

            By:   Charlene L. Crisden
                  Case Manager

                  *Erica Ayala*
                  267-299-4941
                  10/15/02

Enclosure

cc:
        Mr. Douglas H. Thornton #37461-118
        Joseph J. Terz, Esq.

*Ac.   Copy to Ct.*

OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

| | FOR THE THIRD CIRCUIT | |
|---|---|---|
| **Marcia M. Waldron**<br>**Clerk** | 21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | **Telephone**<br>**267-299-4923** |

**www.ca3.uscourts.gov**

October 11, 2002

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108

**FILED**
HARRISBURG, PA

OCT 1 6 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**RE: Docket No. 01-2802**
**Thornton  vs. Lindsey**
**D. C. CIV. No. 00-cv-01590**

Dear Mrs. D'Andrea:

Enclosed is a certified copy of the order in the above-entitled case(s). The certified order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

(X) We return herewith the certified record in the case(s).

Kindly acknowledge receipt for same on the enclosed copy of this letter.

Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified order is also enclosed showing costs taxed, if any.

Very truly yours,
MARCIA M. WALDRON
Clerk

*Charlene L. Crisden /cmd*

By:   Charlene L. Crisden
Case Manager

Enclosure

cc:
Mr. Douglas H. Thornton #37461-118
Joseph J. Terz, Esq.

**\*AMENDED**
**APS-214**

**August 5, 2002**
June 20, 2002

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**C.A. No. <u>01-2802</u>**

DOUGLAS HENRY THORNTON,
                          Appellant

      v.

LINDSEY, Associate Warden, et al.

      (M.D. Pa. Civ. No. 00-cv-01590)

Present:    SLOVITER, RENDELL, AND FUENTES, <u>CIRCUIT</u> <u>JUDGES</u>

Submitted are:

(1)    Appellant's document titled "Certificate of Appealability Supporting Memorandum," which the court may wish to construe as a request for a certificate of appealability under 28 U.S.C. §2253(c)(1);

(2)    By the Clerk the within appeal for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2);

(3)    Appellant's motion for appointment of counsel;

(4)    Appellant's document titled "Motion for Appointment of Counsel," dated August 30, 2001, which the Court may wish to treat as a Supplement to the previous motion for appointment of counsel;

(5)    Appellant's document titled "Motion for Appointment of Counsel," dated September 10, 2001, which the Court may wish to treat as a further supplement to the previous motion for appointment of counsel;

(6)    Appellant's document titled "Subject Criminal and Civil Complaints Against Some Correctional Staff and Inmates Missing Legal Documents," received for the Court's information only; and