UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS THORNTON : | |
| Plaintiff : | |
| : | |
| v. : | CIVIL NO. 1:CV-00-1590 |
| : | |
| : | (JUDGE KANE) |
| ASSOCIATE WARDEN LINDSEY, <u>et al</u>., : | |
| Defendants : | |

**<u>ORDER</u>**

AND NOW, THIS 3rd DAY OF SEPTEMBER, 2003, IT IS HEREBY ORDERED THAT the United States Marshal is directed to serve Plaintiff's complaint on the Defendants named therein.

      S/ Yvette Kane
      YVETTE KANE
      United States District Judge