Case No: 1:00-cv-01590-YK-KH    Document No: 44
04:07 PM

Douglas Henry. Thornton
USP-ALLENWOOD
37461-118
P. O. Box 3500
White Deer, PA 17887

FILED
HARRISBURG, PA
SEP 8 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

☐ OTHER
☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD

Released from
USP-Lee County
Virginia 5/16/03

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS