UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA


DOUGLAS HENRY THORNTON,            :
                Plaintiff          :   No. 1:CV-00-1590
                                   :
              v.                   :   (Kane, J.)
                                   :
MR. LINDSEY, Associate Warden,     :
et al.,                            :   Filed Electronically
                Defendants         :


**O R D E R**

**NOW**, this _____ day of _____, 2003, upon

consideration of defendants' motion for enlargement of time, **IT**

**IS HEREBY ORDERED** that the time in which defendants may respond

to plaintiff's interrogatories is enlarged to on or before

November 20, 2003.


                                  _____
                                  YVETTE KANE
                                  United States District Judge