```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF PENNSYLVANIA


DOUGLAS HENRY THORNTON,           :
          Plaintiff               :  No. 1:CV-00-1590
                                  :
          v.                      :  (Kane, J.)
                                  :
MR. LINDSEY, Associate Warden,    :
et al.,                           :  Filed Electronically
          Defendants              :
```

AMENDED CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on October 31, 2003, she re-served a copy of

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

filed October 17, 2003, by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Douglas Henry Thornton
1014 David Hill Avenue
Baltimore, MD  21213

```
                         s/ Michele E. Lincalis
                         MICHELE E. LINCALIS
                         Paralegal Specialist
```