UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

|                                          |   |                            |
|------------------------------------------|---|----------------------------|
| DOUGLAS THORNTON                         | : |                            |
|                Plaintiff                 | : |                            |
|                                          | : |                            |
|        v.                                | : | CIVIL NO. 1:CV-00-1590     |
|                                          | : |                            |
|                                          | : | (JUDGE KANE)               |
| ASSOCIATE WARDEN LINDSEY, et al.,        | : |                            |
|                Defendants                | : |                            |

**ORDER**

AND NOW, THIS 4th day of November, 2003, upon consideration of the

Defendants' motion for enlargement of time (Doc. 46) to file a response to the Plaintiff's

discovery, said motion is hereby **GRANTED**, and the Defendants shall have thirty (30) days

from the date of this Order to file a response to the Plaintiff's discovery.

S/ Yvette Kane
YVETTE KANE
United States District Judge