UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS HENRY THORNTON,          : | |
|     Plaintiff          : | No. 1:CV-00-1590 |
|                        : | |
|     v.                 : | (Kane, J.) |
|                        : | |
| MR. LINDSEY, Associate Warden,  : | |
| et al.,                          : | **Filed Electronically** |
|     Defendants         : | |

### O R D E R

**NOW**, this _____ day of _____, 2003, upon consideration of defendants' motion for enlargement of time, **IT IS HEREBY ORDERED** that the time in which defendants may respond to plaintiff's Complaint is enlarged to on or before December 2, 2003.

                                                _____
                                                YVETTE KANE
                                                United States District Judge