UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS THORNTON  :
    Plaintiff  :
                                                           :
    v.  :   CIVIL NO. 1:CV-00-1590
                                                           :
                                                           :   (JUDGE KANE)
ASSOCIATE WARDEN LINDSEY, et al.,  :
    Defendants  :

## **ORDER**

AND NOW, THIS 18th DAY OF NOVEMBER, 2003, upon consideration of the Defendants' motion for enlargement of time (Doc. 49) to file a response to the Plaintiff's complaint, said motion is hereby **GRANTED**, and the Defendants shall file a response to the Plaintiff's complaint on or before December 2, 2003.

                                              S/ Yvette Kane
                                             YVETTE KANE
                                             United States District Judge