

remailed

**FILED**
HARRISBURG, PA

NOV 1 8 2003

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

Case No: 1:00-cv-01590-YK-KH   Document No: 48, User: sc, 1 Copy Printed: Nov, 4, 2003 03:11 PM

Douglas Henry. Thornton
37461-118
Baltimore, MD 21213

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS THORNTON  :
    Plaintiff  :
  :
v.  :   CIVIL NO. 1:CV-00-1590
  :
  :   (JUDGE KANE)
ASSOCIATE WARDEN LINDSEY, et al.,  :
    Defendants  :

### ORDER

AND NOW, THIS 4th day of November, 2003, upon consideration of the Defendants' motion for enlargement of time (Doc. 46) to file a response to the Plaintiff's discovery, said motion is hereby **GRANTED**, and the Defendants shall have thirty (30) days from the date of this Order to file a response to the Plaintiff's discovery.

                      S/ Yvette Kane
                      YVETTE KANE
                      United States District Judge