TAM:SRC:mel

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOUGLAS HENRY THORNTON,** : | |
| Plaintiff : | No. 1:CV-00-1590 |
| : | |
| v. : | (Kane, J.) |
| : | |
| **MR. LINDSEY, Associate Warden,** : | |
| **et al.,** : | **Filed Electronically** |
| Defendants : | |

## DEFENDANTS' MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

Defendants ask this Court to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b) and to enter summary judgment in their favor pursuant to Fed. R. Civ. P. 56(b).  A brief in support of this motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that he has not obtained the concurrence of plaintiff pursuant to M.D. Pa. Local Rule 7.1 because plaintiff is a prisoner proceeding pro se.

                                                Respectfully submitted,

                                                THOMAS A. MARINO
                                                United States Attorney

                                                s/ Stephen R. Cerutti
                                                STEPHEN R. CERUTTI
                                                Assistant U.S. Attorney
                                                Atty. I.D. No. 90744
                                                MICHELE E. LINCALIS
                                                Paralegal Specialist
                                                316 Federal Building
                                                240 West Third Street
                                                Williamsport, PA 17701
                                                Phone: 717-221-4482
Dated:  December 2, 2003            Fax: 717-221-2246

```
                    UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF PENNSYLVANIA


DOUGLAS HENRY THORNTON,           :
          Plaintiff               :   No. 1:CV-00-1590
                                  :
          v.                      :   (Kane, J.)
                                  :
MR. LINDSEY, Associate Warden,    :
et al.,                           :   Filed Electronically
          Defendants              :
```

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on December 2, 2003, she served a copy of the attached

**DEFENDANTS' MOTION TO DISMISS AND FOR SUMMARY JUDGMENT**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Douglas Henry Thornton
1014 David Hill Avenue
Baltimore, MD  21213

                                    s/ Michele E. Lincalis
                                    MICHELE E. LINCALIS
                                    Paralegal Specialist