**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**


DOUGLAS HENRY THORNTON,          :
        Plaintiff          :  No. 1:CV-00-1590
                    :
        v.          :  (Kane, J.)
                    :
MR. LINDSEY, Associate Warden,   :
et al.,          :
        Defendants          :


**O R D E R**

    **NOW,** this _____ day of _____, 2003, upon

consideration of defendants' motion to dismiss, **IT IS HEREBY**

**ORDERED THAT** the complaint is dismissed with a certification that

any appeal shall be deemed frivolous, lacking in probable cause

and not taken in good faith.


                    _____
                    YVETTE KANE
                    United States District Judge

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**


DOUGLAS HENRY THORNTON,     :
         Plaintiff    :  No. 1:CV-00-1590
                          :
         v.          :  (Kane, J.)
                          :
MR. LINDSEY, Associate Warden,  :
et al.,                 :
         Defendants   :

## O R D E R

    **NOW**, this _____ day of _____, 2003, upon

consideration of defendants' motion for summary judgment, **IT IS**

**HEREBY ORDERED THAT** the motion is granted with a certification

that any appeal shall be deemed frivolous, lacking in probable

cause and not taken in good faith.


                                   _____
                                   YVETTE KANE
                                   United States District Judge