

FILED
FEB 1 7 2004
PER _____
HARRISBURG, PA  DEPUTY CLERK

INSUFFICENT ADDRESS

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

Case No: 1:00-cv-01590-YK-KH    Document No: 55, User: sc, 1 Copy Printed: Feb, 4, 2004 05:30 PM

Douglas Henry. Thornton
37461-118
Baltimore, MD 21213

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS THORNTON                            :
        Plaintiff                      :
                                            :
       v.                             :    CIVIL NO. 1:CV-00-1590
                                            :
                                            :    (JUDGE KANE)
ASSOCIATE WARDEN LINDSEY, et al.,           :
        Defendants                     :

## **ORDER**

     This pro se Bivens[1]-type civil rights action was filed by Douglas Thornton while an inmate at the United States Penitentiary at Allenwood, Pennsylvania.[2] Thornton claims that while he was an inmate at the United States Penitentiary at Lewisburg, Pennsylvania, he was assaulted, that he improperly received misconduct reports, and he has lost good time credits as a result. The Defendants are the following Lewisburg officials: Associate Warden Lindsey; SIS Lieutenant J. Morin; Disciplinary Hearing Officer Emory; and unknown officers. Thornton seeks expungement of the misconducts, restoration of good time credits, monetary damages and other miscellaneous relief. (Doc. 1, p. 3).

---

     [1]Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). Bivens stands for the proposition that "a citizen suffering a compensable injury to a constitutionally protected interest could invoke the general federal question jurisdiction of the district court to obtain an award of monetary damages against the responsible federal official." Butz v. Economou, 438 U.S. 478, 504 (1978).

     [2]Thornton has been released, and is currently living in Baltimore, Maryland.

1